# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALAN WALKER,
      Appellant/Cross-Respondent,
vs.
JUDITH ANN TRUJILLO; AND
JENNIFER KAY LYNN,
      Respondents/Cross-Appellants.

No. 73402

**FILED**

JAN 29 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
       Nathaniel J. Reed, Settlement Judge
       Atkin Winner & Sherrod
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Law Office of David Sampson
       The Firm, P.C.
       Eighth District Court Clerk

18-03902